UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PETER PEER II,<br>    Plaintiff,<br><br>-v-<br><br>WEST SHORE MEDICAL CENTER, ET AL.<br>    Defendants. | No. 1:17-cv-72<br><br>HON. PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  April 4, 2019                         /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge